**No. 67473.**—Miya Co., Inc. *v.* United States, protest 61/21052 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, CD. 2023), the claim of the plaintiff was sustained.

**No. 67474.**—Selectile Co., Inc., et al. *v.* United States, protests 61/2337(B), etc. (Los Angeles).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., Frank P. Dow Co., Inc., of L.A., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 28, 1963

**No. 67475.**—F. B. Vandegrift & Co., Inc. *v.* United States, protest 318454–K (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of electrical lamps, designed for use and used only on bicycles, similar in all material respects to those the subject of Abstract 65343, the claim of the plaintiff was sustained.